Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
R.C. Harlan (SBN 234279)
*rcharlan@larsonllp.com*
Paul A. Rigali (SBN 262948)
*prigali@larsonllp.com*
John S. Lee (SBN 267146)
*jlee@larsonllp.com*
**LARSON LLP**
555 S. Flower Street, 30th Floor
Los Angeles, CA 90071
Tel: (213) 436-4880
Fax: (213) 623-2000

Robert F Ruyak (*Pro Hac Vice* Application Forthcoming)
*rruyak@larsonllp.com*
S. Gregory Herrman (*Pro Hac Vice* Application Forthcoming)
*gherrman@larsonllp.com*
**LARSON LLP**
900 17th Street NW, Suite 200
Washington, D.C. 20006
Tel: (202) 795-4900
Fax: (202) 795-4888

Attorneys for Plaintiff
TTE TECHNOLOGY, INC. DBA
TCL NORTH AMERICA

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TTE TECHNOLOGY, INC. DBA TCL NORTH AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | Case No. 8:26-cv-02494<br><br>**COMPLAINT FOR:**<br><br>**1) VIOLATION OF SECTION 43(A) OF THE LANHAM ACT;**<br><br>**2) VIOLATION OF CALIFORNIA'S FALSE ADVERTISING LAW; AND**<br><br>**3) VIOLATION OF CALIFORNIA'S UNFAIR COMPETITION LAW**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff TTE Technology, Inc. dba TCL North America ("Plaintiff" or "TCL"), alleges the following against Samsung Electronics America, Inc. ("Defendant" or "Samsung").

## I. INTRODUCTION

1. In recent years, Samsung encountered an uncomfortable reality: it could not lawfully compete with TCL's QM Line of Mini LED televisions, which contain key technological advancements that are integral to Mini LEDs. Samsung's inferior product offerings led to a rapidly vanishing market share of Mini LEDs. Desperate to resurrect its lagging sales and reduced market share, Samsung resorted to a fraud on the market. It took a cheap, non-Mini LED model from a recycled product line and peddled it to the public as a "supreme" Mini LED model at an attractive price point. This age-old tale of corporate greed proved successful, as Samsung's sham products stole back TCL's hard-won market share. Samsung's deceptive conduct, however, brazenly violates the Lanham Act and California's Unfair Competition Law. This lawsuit seeks to stop Samsung's unlawful conduct and obtain relief for the immense harm it has caused.

2. Mini LEDs are a technological advancement in the television market that allow for a substantially better picture with greater dynamic range and higher contrast ratios. The reason Mini LEDs achieve such improved results is because anywhere from dozens to thousands of Mini LEDs arrayed across the entire back of a television can be independently controlled, either individually or in zones, to brighten or dim depending on the picture being projected. This is referred to as Full Array Local Dimming ("FALD") and is a substantial step forward from previous technology.

3. Before Mini LEDs, a television with the capability to dim its light source was limited to dimming or brightening the light source as a single unit regardless of how many LEDs or other light sources were placed on the back panel of the television. To achieve contrast between light and dark, individual pixels in

the LCD screen placed in front of the back panel were used to control the amount of light emitted from the television across the screen. This was an imperfect system because pixels could not fully stop all light from emitting, resulting in dull blacks and "haloing" or "blooming" effects where white light bled into dark areas of the screen.

4. With the advent of Mini LEDs, dozens, if not thousands, of Mini LEDs that are only 100 to 300 microns in size could be arrayed across the entire back panel of a flat screen television. Those Mini LEDs could be independently brightened or dimmed individually or in zones, allowing for much deeper blacks and much brighter whites with little to no "haloing" or "blooming" effect. It is understood within the industry, as well as within the market by consumers and independent reviewers, that when a product is labeled as a Mini LED television, it contains FALD technology. Indeed, FALD is the singular most important technical advancement provided by Mini LEDs.

5. TCL is a pioneer in the Mini LED market, having released its first generation of 8K Mini LED products at CES 2019. TCL later released these products to the Chinese market in 2020 with a starting price of approximately $7,250. At CES 2021, TCL officially launched its high-end 4K Mini LED products globally. The North American model, the Q825, and other regions' model, the C825, were available in 75", 65", and 55" sizes. The starting price in North America was ~$1,799 USD, and in Europe, ~€1,299. TCL has since continued to advance the technology, offering multiple lines of Mini LED televisions, and substantially decreasing the price of the technology.

6. All of TCL's Mini LED televisions contain FALD, as do all other competitor Mini LED-marketed televisions. This allows for consumers to obtain a television offering a picture quality that rivals—if not surpasses—much higher-priced OLED models for a fraction of the price.

7. Beginning in 2021, TCL began selling an affordable range of genuine Mini LED television models with FALD and quickly found success in the U.S. market. Then, in 2023, TCL released its QM Line of affordable Mini LED televisions, selling at retail for half the price of the most-similar Samsung TV, while including advanced features such as QLED and higher refresh rates (e.g., 144 Hz). Leveraging its technological leadership and highly efficient supply chain, TCL's research, development, and sales of Mini LED TVs have transformed this segment of the television market into a rapidly growing category. Between 2023 and 2025, thanks to their exceptional picture quality and accessible pricing, TCL's Mini LED TVs won the favor of U.S. consumers, driving a rapid surge in sales volume and market share within the U.S. market. TCL's development and successful sales of Mini LED televisions were a threat to Samsung's status as the world's largest provider of televisions, and began to eat away at Samsung's sales and market share in competing product categories. Between 2023 and 2025, TCL overtook Samsung in both sales and market share of Mini LED televisions in the United States.

8. TCL's edge over Samsung can be attributed to the fact that Samsung did not have—and has failed to develop—a Mini LED television that contained FALD at a viable price point. Accordingly, in March of 2026, in response to TCL's significant market share growth in the Mini LED market, Samsung countered by quickly launching another line of televisions—the M70H/M80H/M90H models ("M Models")—that it branded "Mini LED" and priced substantially below TCL's lowest-priced Mini LED televisions. But M Models were not competing Mini LED televisions. Instead, Samsung merely recycled its pre-existing low-end standard LED televisions, the Crystal UHD line, and re-labelled them as "Mini LED." As described in detail below, Samsung's M Models contain none of the technological advancements associated with Mini LED technology, including FALD.

9. Samsung did not only intentionally mislabel its M Model televisions as Mini LED to confuse consumers and divert sales from TCL. Samsung also creates

marketing and promotional materials specifically designed to mislead consumers into believing that its M Models contain Mini LED and FALD technology.

10. Samsung's website specifically guides consumers through the differences in television technologies, informing them of the differences between certain models and the technological advantages Samsung's televisions purportedly offer. For example, Samsung's website provides a comparison of Mini LED and QLED, and under a section entitled "What is Mini LED", Samsung unequivocally states:

> "Mini LED is an advanced backlighting display technology that uses tiny LEDs, smaller than standard ones, **for more precise backlight control through local dimming zones—a technique where backlight zones are controlled independently**. This helps achieve better image quality, high contrast and enhanced picture quality, especially noticeable with HDR content."[1]

11. Under "Mini LED vs. QLED: FAQs," in response to "Which TV offers better contrast, Mini LED or QLED?", Samsung states:

> "**Mini LED technology in Samsung Neo QLED TVs provides better contrast ratios due to its ability to control local dimming zones more precisely**. This results in deeper blacks compared to QLED, which uses a standard LED backlight."[2]

12. These statements clearly show that Samsung understands the correct meaning of "Mini LED." Samsung nevertheless deceptively labels its M Models with the "Mini LED" moniker even though the M Models do not include Mini LEDs with local dimming.

13. Samsung's deception does not stop there. Samsung goes further by creating purposefully misleading and confusing descriptions of the "dimming technology" contained in these models. For example, Samsung's specification

[1] https://www.samsung.com/us/tvs/tv-buying-guide/mini-led-vs-qled/.

[2] *Id.*

sheets identify the dimming feature available on its Mini LED televisions as "Supreme Mini LED Dimming," which, when coupled with its descriptions of Mini LED local dimming on its website, is purposefully designed to suggest dimming that is a *better* version of typical Mini LED FALD than that of its competitors such as TCL. This is reinforced by the fact that Samsung uses the same terminology—"Supreme Mini LED Dimming"—to describe its high-end Neo QLED televisions, which actually contain Mini LED technology, including FALD, and are marketed at a much higher price, further confusing and deceiving customers about the technology actually employed by Samsung in its M Model televisions.

14. Rather than honestly admit to consumers that these M Models do not contain FALD, Samsung strings together a series of incomprehensible adjectives for its televisions' dimming capabilities that are purposefully designed to deceive consumers into believing that the M Model televisions they are purchasing contain Mini LED technology and the resultant better picture qualities associated with Mini LED and FALD.

15. Samsung's false advertising and deceptive marketing techniques regarding its M Model "Mini LED" televisions are a straight-forward violation of the Lanham Act and California's Unfair Competition Law. Samsung's conduct purposefully deceives and confuses consumers, and illegally diverts sales from TCL.

## II. PARTIES

16. TTE Technology, Inc. dba TCL North America is a Delaware corporation with a principal place of business in Irvine, California.

17. On information and belief, Defendant Samsung Electronics America, Inc. is a New York corporation with a principal place of business in Plano, Texas. Samsung markets, sells, and distributes its products throughout the United States, including California.

## III. JURISDICTION AND VENUE

18. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331

because the case includes a claim of false and deceptive advertising under the Lanham Act (15 U.S.C. §§ 1051, et seq.), including 15 U.S.C. § 1125, which expressly provides that claims arising thereunder are subject to federal subject matter jurisdiction.

19. The Court has supplemental jurisdiction over TCL's state claims pursuant to 28 U.S.C. § 1367(a) because TCL's claims are joined with substantial and related claims under the Lanham Act and arise out of a common nucleus of operative facts.

20. The Court has personal jurisdiction over Samsung because Samsung transacts and does business in California, has sufficient minimum contacts with California, and advertises, markets, sells, and distributes its Mini LED televisions in California.

21. Venue is proper pursuant to 28 U.S.C. § 1391(a) because a substantial part of the events or omissions giving rise to TCL's claims occurred in this district and Samsung conducts substantial business within California, including the marketing, distribution, and sale of its products in this district.

## IV. FACTUAL ALLEGATIONS

22. Television technology has advanced dramatically in just a few decades. One of the most significant areas of advancement has been the light source, the central requirement of all television products. In the first televisions—cathode ray tubes ("CRT TVs")—the light was derived from the luminescence of the screen itself, and in particular the interaction of the electron beam with the phosphor layer on the screen. CRT TVs were "pieces of furniture" having substantial physical footprints to account for the depth of the television, which was required to be proportionate to the size of the screen. The larger the screen, the greater the physical depth.

23. The introduction of the Liquid Crystal Display ("LCD") television substantially reduced this depth requirement by eliminating the cathode ray tube and

positioning the fluorescent light source near the back panel of the television. LCD televisions work by projecting light from a "backlight" in the rear of the television through a panel of liquid crystals ("LCD Panel"). The liquid crystals are arranged in a matrix of columns and rows in the LCD Panel, with each liquid crystal representing a "pixel." Selectively applying a voltage to each pixel causes the liquid crystal at each pixel to open or close, thereby varying the amount of the projected backlight that projects through each pixel to, for example, a color filter and eventually to the viewer.

24. Backlights in early LCD televisions were cold-cathode fluorescent lamps ("CCFLs"), which were bulky and emitted substantial heat. In addition, because the CCFLs worked by consuming a fuel source (inert gas in the tube), they eventually needed replacement.

25. In the early 2000s, LCD televisions began using LEDs as backlights, which by then were small and durable. Unlike the CCFLs, LEDs would never require replacement unless they were damaged. In addition, The LED backlights required significantly less power and emitted less heat. The LEDs were also much smaller – generally .5mm to 1.8mm – allowing for more LEDs to be included in the television. The LEDs were generally arranged behind the LCD Panel, with this configuration referred to as "Back Lit" or "Direct Lit." The LEDs on some models, referred to as "Edge Lit," were instead arranged at one or more edges of the back panel with their light directed to reflective and/or diffusive material behind the LCD Panel.

26. In some televisions, the backlights could be dimmed or brightened to adjust the picture. Any such dimming, however, was uniform across the screen, meaning that dimming dark pixels would also dim brighter pixels, and vice versa. The result of this was a low dynamic range (the difference between the deepest blacks and brightest whites) and a low contrast ratio (the ratio of the deepest black to the brightest white).

27. Subsequently, as a further advancement in lighting, some manufacturers attempted to increase dynamic range and improve contrast ratios, through the inclusion of "local dimming." Local dimming involves grouping the LEDs on the back panel into independently-controlled zones of LEDs and dimming each zone independently. Based on the size of LEDs at the time, this generally allowed for no more than a few dozen dimming zones. Since the number of zones, due to the low number of LEDs, was relatively few, this early local dimming did not significantly increase the dynamic range or improve the contrast ratio, and often experienced a problem referred to as "blooming" or "haloing," where light from LEDs in a brighter zone spreads into darker zones resulting in the viewer observing light spreading into darker areas of the picture.

28. A major step forward occurred with the introduction of smaller LEDs known as "mini" LEDs. Mini LEDs are generally .1mm to .3mm, the size of a grain of sand, enabling the inclusion of dozens to thousands of Mini LEDs in a single television, as compared to tens of standard LEDs. More LEDs permitted more local dimming zones, and Mini LED televisions could have dozens or even thousands of independently controllable zones allowing for considerably more granular local dimming. The capacity to have dozens to thousands of Mini LEDs across the entire back of a television, that can be controlled either individually or in zones to brighten or dim based on the picture, is referred to as Full Array Local Dimming ("FALD"). Mini LEDs, and the FALD technology they enabled, significantly increased the dynamic range and contrast ratio of LCD televisions and resolved the blooming or haloing problem.

29. Before Mini LEDs, local dimming was generally ineffective. The only purpose for the inclusion of Mini LEDs into modern televisions was to provide for more effective local dimming. In fact, there is no other reason to use Mini LEDs for television backlighting. Accordingly, the term Mini LED is understood both within the industry and within the marketplace to necessarily include FALD technology, as

that is the only significant benefit that Mini LEDs provide to the product and the consumer.

30. Competitors confirm that Mini LED televisions necessarily include FALD by, for example, consistently defining, promoting and identifying Mini LED televisions as having FALD, which accomplishes the sought-after qualities of increased dynamic range and significantly improved contrast ratios.

31. Vizio, for example, which offers its own collection of Mini LED televisions, provides on its website a visual representation of "A look behind Mini LED" that explicitly highlights the FALD feature in conjunction with the Mini LED panel inside its television.[3]




32. Sony is another industry participant that equates Mini LED televisions with FALD. For example, Sony's website characterizes the backlight control technology of its Mini LED 4K HDR Google television to include "a unique local dimming algorithm [that] controls thousands of LEDs accurately for stunning

[3] https://www.vizio.com/en/tv/mini-led#mini-led

contrast."[4]

33. Similarly, Hisense offers multiple series of Mini LED televisions and all of the product descriptions for these televisions include the number of local dimming zones offered. The Hisense U6 series includes "up to 600 local dimming zones," the QD7 series includes "Full Array Local Dimming," the U7 series includes "up to 3000 local dimming zones," and the UX series includes "up to 5000 local dimming zones."[5]

34. LG advertises its QNED Mini LED television as featuring "approximately 30,000 Mini LEDs" with "close to 2,500 unique dimming zones."[6]

35. Other Mini LED industry participants that define, promote and identify their televisions as having FALD include Roku, Insignia, and Element.[7]

36. Industry publications and reviewers agree that Mini LED televisions necessarily utilize FALD. For example, Consumer Reports stated "[s]ome newer sets have Mini LED backlights, which use a large number of even smaller LEDs that can be divided into more zones and locally dimmed,"[8] and that "Mini LEDs take full-array backlights with local dimming a step further by shrinking the size of the

[4] https://electronics.sony.com/tv-video/televisions/all-tvs/p/k65xr50

[5] https://www.hisense-usa.com/product-page/televisions-65-class-u6-series-miniled-uled-4k-fire-tv-65u65qf; https://www.hisense-usa.com/product-page/televisions-65-class-qd7-series-miniled-uled-4k-fire-tv-65qd7qf; https://www.hisense-usa.com/product-page/televisions-65-class-u7-series-miniled-uled-4k-google-tv-65u75qg; https://www.hisense-usa.com/product-page/televisions-116-class-ux-rgb-miniled-uled-4k-google-tv-116ux.

[6] https://www.lg.com/levant_en/qned-tvs/2021/large-screen.

[7] https://support.roku.com/article/improve-contrast-with-local-dimming; https://www.bestbuy.com/product/insignia-55-class-f70-series-4k-uhd-qled-mini-led-smart-tv-with-fire-tv/J2FPJK9F77/sku/6677122?utm_source=feed&extStoreId=1092; https://elementelectronics.com/product/element-100-mini-led-qled-4k-uhd-hdr-144hz-smart-google-tv-emq600ae100g/.

[8] https://www.consumerreports.org/electronics-computers/tvs/best-tvs-of-the-year-a3862868628/.

LEDs."[9] Similarly, CNET has stated that "[t]here's a new variation on local dimming, a sort of full-array on steroids. It's called mini-LED, and the first [television] to ship with the technology is the TCL 8 series."[10] In addition, ZDNet states that Mini LED televisions have "zone-based dimming."[11]

## A. <u>The Competitive LED Television Market</u>

37. The LED television market is highly competitive at both the wholesale and retail levels. Competition is based upon a number of key factors including price, picture quality, size, configuration and physical footprint, brand identification, longevity/durability, and technological innovations.

38. The vast majority of LED televisions are sold through walk-in sales at "big box" stores such as Walmart, Costco, and Sam's Club, and through internet retail sales on the websites of these same stores, Amazon.com and others. As such, consumer sales are dependent upon distinctions in product offerings that are provided by the manufacturers in advertising, promotional materials, store displays, website descriptions, statements printed on packaging materials, and product specifications – all in writing ("Product Representations"). For example, for televisions sold on the internet via purchasing websites (approximately 40% of all retail sales), the purchaser has no ability to actually see the television screens in operation and must rely solely upon the Product Representations made by the manufacturer in its written promotional materials.

39. In addition, since consumers cannot "look under the hood," because these products are closed systems in which the technology described cannot be observed by the buyer, customers are nearly completely reliant upon the manufacturer's Product Representations concerning the technology they are

[9] https://www.consumerreports.org/electronics-computers/tvs/buying-guide/#which-type-of-tv-should-i-buy.

[10] https://www.cnet.com/tech/home-entertainment/led-local-dimming-explained/.

[11] https://www.zdnet.com/home-and-office/home-entertainment/mini-led-vs-oled-tv/.

purchasing and its impact on the television screen image. For this reason, honesty and truthfulness are critical to the purchasing decisions by a vast number of consumers. Purchasers who seek advances in technology as an element of their price/quality/durability considerations are necessarily relying on the veracity of written manufacturer materials in making competitive purchasing decisions. And manufacturers link their specific technology advancements to the quality of their television offerings in their Product Representations.

40. In short, competition today is based upon providing increased picture quality through advancements in technology, in a variety of sizes and models, at the lowest possible competitive prices.

41. Due to competitors continuously developing technologies to incorporate into their products, brand leveraging through brand recognition is also an important competitive factor. Brand leveraging is the practice of using an established brand's reputation and recognition to smoothly enter new markets or introduce new or modified products. In this regard, a company is able to rely on existing customer trust to reduce the risks of new products and markets. The benefits of brand leveraging include instant recognition of new products and the ability to command higher prices.

**B. <u>TCL's Mini LED Television Products</u>**

42. TCL has been a pioneer in advancing the technology related to the use of LEDs for backlighting as a component of picture quality. In 2019, TCL developed what it described as the "MINI LED TV with Local Dimming"—a substantial innovation in backlighting. Rather than the standard 30 to 50 large LEDs arranged on a back panel, TCL created new models by placing small LEDs in arrays across the entire back panel of the product, deploying (depending upon size) from 300 to over 10,000 LEDs, each LED individually controlled as its own local dimming zone. This innovation permitted each zone of these smaller "mini" LEDs to be dimmed individually to significantly improve picture quality.

43. This Mini LED innovation has been recognized by standards published in 2021 by the China Video Industry Association, which equate Mini LED with "local dimming." For example, the standard T/CVIA-83-2021, "Test Methods for Mini LED Backlight LCD TV," defines local dimming as "[a] Mini LED backlight in a Mini LED backlit LCD TV that allows independent brightness control of individual zones." These standards were developed and written by representatives from numerous television manufacturers and related entities, including Samsung (China) Investment Co., Ltd.

44. Based on the historical development of Mini LEDs and their primary purpose of allowing for more detailed and effective local dimming zones, as well as the accepted industry standard published in China by manufacturers, publications by industry analysts and product testing entities, and industry literature, the terminology "Mini LED" television has been broadly recognized as synonymous with the concepts of back panel arrays of Mini LEDs for the purpose of providing precise local dimming zones. It is also widely understood and accepted that because of the implementation of significantly more local dimming zones, Mini LED televisions have a substantially better picture in terms of contrast, brightness, and the reduction or elimination of haloing and blooming. Mini LED televisions are recognized as far superior to both types of previous LED televisions using Edge and Direct Lighting.

45. To achieve this superior picture quality, TCL's Mini LED televisions include components and technologies ("Advanced Mini LED Components") not found in LED televisions without Mini LED technology. These components include:

- **Mini LEDs.** Smaller LEDs, typically under 300 microns (0.3 mm) each. These small components allow manufacturers to pack dozens to thousands more individual light sources into the same screen size.
- **Dimming Zones.** The Mini LEDs are controlled to create dozens to thousands of tiny, independent dimming zones. These small zones provide

precise light control, resulting in deeper blacks, and reduced "blooming" (light bleeding into dark areas) and "haloing" (light glow around objects).

- **Advanced Substrate and Circuitry.** This advanced circuitry—a highly dense and complex substrate matrix—is required to power and individually address the dozens to thousands of LED light sources.
- **Diffusion Layers.** TCL includes ultra-thin diffuser layers and a reduced diffuser "gap" because the Mini LED light sources are dense and uniform. These ultra-thin diffuser layers also reduce "blooming." This is compared to the non-Mini LEDs that use thick plastic diffuser sheets needed to spread out the light from the much larger and more spaced-out LEDs found in non-Mini LED televisions.
- **Advanced Controllers.** TCL uses advanced controllers that allow a highly granular level of control of each LED.

## C. Samsung's False Representations of Its Mini LED Products

46. Samsung introduced its first purported Mini LED televisions in 2021, with its "Neo QLED" models. These television models were relatively expensive, starting at $1,100 at the time, significantly higher than TCL's lowest-priced Mini LED televisions, which started at approximately $700.

47. In an effort to compete with TCL's Mini LED televisions, in March 2026, Samsung introduced a line of televisions that were simply labeled "Mini LED," referred to herein as Samsung's M Model line of televisions. Samsung has three such M Models, the M70H, M80H and the M90H, which range from $330 to $2,499.99.

48. While Samsung identifies the M Models as "Mini LED" to compete with TCL's popular and lower-priced Mini LED models, the M Models are not "Mini LED" in any sense of the word. In fact, upon inspection, it is clear that Samsung did not even attempt to develop its own affordable Mini LED television, but instead simply rebranded its Crystal UHD TV, a lower-end standard LED TV,

as "Mini LED." Indeed, as shown below, Samsung's television specification sheets identify the Crystal UHD line as Samsung's most-basic, entry-level television in Samsung's television "class hierarchy."




49. That Samsung simply repackaged the Crystal UHD models as the M Models is clear – the two models are identical in nearly every way. For example, as shown below, the backs of the Crystal UHD and the M Model televisions are identical.

**Samsung Crystal UHD**



**Samsung M70H Mini LED**



50. Moreover, the power board and control board, the wires extending therefrom, and the surrounding structures are also identical on both televisions.

**Samsung U800F Crystal UHD**[12] **Samsung M70H "Mini LED"**[13]









51. In addition, as shown below, when the television is opened up to reveal the back panel, both televisions have identical reflector films.

**Samsung U800F Crystal UHD** **Samsung M70H "Mini LED"**





[12] https://org.downloadcenter.samsung.com/downloadfile/ContentsFile.aspx?CDSite=UNI_CA&OriginYN=N&ModelType=N&ModelName=HG75U800FNF&CttFileID=I0824207&CDCttType=EU&VPath=EU%2F202508%2F20250828091216430%2FRepair_Guide_HU8000F_HGxxU800Fxxxxx_Ver1.0.pdf

[13] https://org.downloadcenter.samsung.com/downloadfile/ContentsFile.aspx?CDSite=UNI_CA&OriginYN=N&ModelType=N&ModelName=HG75U800FNF&CttFileID=I0824207&CDCttType=EU&VPath=EU%2F202508%2F20250828091216430%2FRepair_Guide_HU8000F_HGxxU800Fxxxxx_Ver1.0.pdf

52. As shown below, under the reflector films both televisions have two parallel rows of LEDs extending almost the width of the television. The Crystal UHD has 54 LEDs each enclosed in a circular lens or housing. The M Model has only 52 such circular LED housings, identical to the housings in the Crystal UHD models. As shown in the second set of pictures below, the clear coverings over the LEDs are also nearly identical.

| **Samsung U800F Crystal UHD** | **Samsung M70H "Mini LED"** |
|---|---|
|  |  |
|  |  |

53. Testing reveals that the LEDs in both the Crystal UHD and the M Models have roughly the same level of brightness, with the Crystal UHD television measured as having slightly brighter LEDs. As a result, Samsung's M Model "Mini LED" TVs have two *fewer* LEDs and its LEDs are less bright than the low-end Crystal UHD model they are based on.

54. While the Samsung M Models—which are nothing more than rebranded Crystal UHD models—are promoted and marketed as Mini LED televisions, they are not Mini LEDs for several reasons—the exact same reasons why Samsung does not market its Crystal UHD models as "Mini LED."

55. First, their LEDs are not "Mini" as understood by the industry. The LEDs in Samsung's M Models, as pictured below, are 0.5 mm, significantly larger than the .1 to .3 mm understood and accepted by the industry.






56. Second, these Samsung "Mini LED" televisions have only a few dozen LEDs, not the many dozens or thousands of LEDs typically found in Mini LED televisions. Also, the few dozen LEDs are not arranged in an array on a panel, and instead are arranged on two aluminum strips. The LED layout of these Mini LED televisions is identical to the LED layout of Samsung's Crystal UHD televisions.

57. Third, and most importantly, these televisions do not have the ability to provide any local dimming. They do not contain an LED control chip or control circuitry necessary to control individual or zones of LEDs independently. In fact, the processor found in the M Models is exactly the same as that in the Crystal UHD Models:

**Samsung U800F Crystal UHD**




**Samsung M70H "Mini LED"**



58. Additionally, each LED is wired in series in an electrical circuit that prevents them from being controlled individually or in zones. Instead, as pictured below, all the LEDs on the back panel for Samsung's M models are controlled as a single group and dimmed and brightened together in unison.

| **FALD Mini LED Zones** | **Samsung M70H/M80H Uniform LEDs** |
| --- | --- |
|  |  |

59. The Samsung M Models do not include the Advanced Mini LED Components, which are found in Mini LED televisions and are necessary to provide the local dimming feature. Samsung's M Models do not have (1) actual mini LEDs, (2) local dimming zones, (3) the advanced circuitry required for local dimming zones, nor (4) any LED control board to achieve local dimming.

60. On information and belief, Samsung knew it could not produce a Mini LED television with the Advanced Mini LED Components and FALD at a price that could compete with the least expensive TCL Mini LED televisions. Instead, Samsung decided to recycle its Crystal UHD standard LED television—which has never been marketed or otherwise represented as Mini LED—and falsely and deceptively represent that these televisions were "Mini LED" televisions.

61. Samsung knew then and knows now that its M Models are not Mini LED televisions. For example, Samsung agrees that a Mini LED television's

principal feature is FALD. On its own website providing consumers with a comparison of Mini LED technology to QLED technology, under a section entitled "What is Mini LED," Samsung unequivocally states:

> "**Mini LED is an advanced backlighting display technology that uses tiny LEDs, smaller than standard ones, for more precise backlight control through local dimming zones—a technique where backlight zones are controlled independently**. This helps achieve better image quality, high contrast and enhanced picture quality, especially noticeable with HDR content."[14]

62. Under "Mini LED vs. QLED: FAQs," in response to "Which TV offers better contrast, Mini LED or QLED?," Samsung states:

> "**Mini LED technology in Samsung Neo QLED TVs provides better contrast ratios due to its ability to control local dimming zones more precisely**. This results in deeper blacks compared to QLED, which uses a standard LED backlight."[15]

63. As explained above, Samsung offers two lines of televisions marketed, promoted, and identified as "Mini LED TVs": its M Model line and its Neo QLED line, which Samsung markets as "combin[ing] Mini LED with Quantum Dot display technology."

64. Samsung's specification sheets for M Models and some of its Neo QLED models identify the same "Supreme Mini LED Dimming" feature. This "Supreme Mini LED Dimming" terminology, when coupled with Samsung's descriptions of Mini LED local dimming on its website, is purposefully designed to suggest dimming that is a *better* version of FALD than its competitors like TCL.

---

[14] https://www.samsung.com/us/tvs/tv-buying-guide/mini-led-vs-qled/.

[15] *Id.*

65. In fact, Samsung goes so far as to advertise that its M Models contain a "Mini LED Processor":



However, as noted above, Samsung's M Models contain the exact same processor as its non-Mini LED Crystal UHD model televisions, which Samsung describes in its marketing as a "Crystal UHD Processor," not a "Mini LED Processor":




Despite their different descriptions, Samsung is using the exact same processor in both its M and Crystal UHD Models.

66. Despite containing the exact same processor and circuitry as the non-Mini LED Crystal UHD Models, Samsung's specification sheets for its M Models include a small footnote that states (in print so small that it cannot be read without

magnification, and in language incomprehensible to the consumer): "Supreme Mini LED Dimming is Software-based (not full-array hardware-based) technology" (shown below in actual size):



PICTURE (PANEL)

Display Type: LED

Refresh Rate: 60Hz

Lighting Technology: Mini LED

Display Resolution: 4K (3,840 x 2,160)

Anti Reflection: N/A

Viewing Angle: N/A

Dimming Technology: Supreme Mini LED Dimming[3]



Samsung Account required for network-based smart services, including streaming apps and other
over the air TV (only for TVs with tuners) available. Channels may vary by location and are subject
Personal data includes directly input PIN codes and passwords, and IoT device information shared
Supreme Mini LED Dimming is Software-based (not full-array hardware-based) technology.
Available only on 55" class and larger screen sizes. DLG 120Hz increases refresh rate up to 120Hz,
High speed internet connection, additional gaming service subscriptions and compatible controller
Filmmaker Mode logo is a trademark of UHD Alliance, Inc.
DLG 120Hz increases refresh rate up to 120Hz, but will reduce image sharpness. Optimal for fast p
Q-Symphony requires a compatible 2020-2026 Samsung TV. Please refer to samsung.com for mo
HDMI-CEC (Consumer Electronics Control) facilitates convenient control functions with compatib
Fees apply to subscription service.
Samsung Account required for network-based smart services, including streaming apps and other
HDMI) and terrestrial/over the air TV (only for TVs with tuners) available.
AI inputs and queries may be recorded and shared with 3rd party providers. Requires Samsung ac
Subscriptions may be required for some services. Smart Trainer support devices may vary by cou
Requires SmartThings app to be installed on the mobile device and connected via the same Wi-Fi
required for this service after 6 months of free use. (Users can access 5 songs per day for free with

67. On information and belief, the processing chips in Samsung's M Models provide the same level of technology as those contained in Samsung's Crystal UHD Models, neither of which are able to control Mini LEDs individually or in zones.

68. Confirming the extent of this deception, the specification sheets for some of Samsung's more expensive Neo QLED televisions, which incorporate true Mini LED technology including local dimming, also identify their type of "Dimming Technology" as "Supreme Mini LED Dimming," but without a footnote disclaimer.

69. Taken together, Samsung has purposely chosen deceptive terminology to refer to two different types of dimming: one that employs the full-array local dimming expected by consumers in Mini LED televisions at a substantially higher price—as made clear by Samsung's own website explanations— and a second, lower

priced product that does not have local dimming at all, and is merely a rebranded and renamed older, recycled product—containing no Mini LED technology.

70. The specification sheets for Samsung's other Neo QLED televisions, identify the "Dimming Technology" as Supreme UHD Dimming, Ultimate UHD Dimming, or Ultimate 8K Dimming Pro. These meaningless terms are purposefully deceptive as they make it even more difficult for customers to determine which televisions have FALD and which do not.

71. Samsung has repeatedly made, and continues to make, false and deceptive statements in the marketing and advertisement of its Neo QLED and Mini LED televisions by characterizing them *all* as genuine Mini LED televisions. Samsung's website specifically states that "Mini LED is an advanced backlighting display technology that uses tiny LEDs, smaller than standard ones, for more precise backlight control through local dimming zones," leading customers to believe that any Samsung television identified as "Mini LED" employs FALD. However, the representations contained in the M Models' specification sheets confuse the issue of whether these televisions are in fact Mini LED televisions. Samsung's inconsistent characterizations of its M and Neo QLED model televisions as variously having "Supreme Mini LED Dimming," "Software-based" dimming technology, "Quantum Mini LED Full Array," and "Mini LED" contrast are purposeful and designed to mislead consumers into believing all purported Samsung Mini LED televisions contain FALD technology, when in fact they do not. Samsung's representations are false, deceptive, and confusing to consumers.

72. Samsung clearly intended—and intends—to promote its non-Mini LED M Model products to consumers and the rest of the industry as genuine Mini LED televisions, when Samsung knows they are not.

**D. <u>Samsung's False Advertising Misleads and Confuses Consumers</u>**

73. LED television models employing Mini LED technology play a significant competitive role in the marketplace. This is evidenced by actual

consumer purchasing decisions. TCL, as a major supplier of Mini LED television models, has experienced significantly increased unit sales, market share, and brand recognition as a direct result. TCL's QM8K, QM7K and QM6K television models are the principal market entries with true Mini LED technology, including FALD. Samsung's M Model televisions, by comparison, do not have Mini LED technology, including FALD, putting Samsung at a competitive disadvantage at the relevant price points.

74. Given the advancement of local dimming technology, the Mini LED market is a competitive battleground. Consumers and the market expect that Mini LED televisions—which are understood by consumers to necessarily contain FALD—provide greater dynamic range, higher contrast ratios, and better pictures. Given this understanding, TCL strives to advance Mini LED technology and invests significant time and resources into improving its Mini LED televisions' backlights, which contain dozens to thousands of tiny, individually controlled LEDs that enable the local dimming feature.

75. Moreover, because of the advancement in picture quality obtained by genuine Mini LED technology, Mini LED televisions now compete with traditional higher-priced technologies like OLED televisions. While Samsung's OLED televisions are significantly more expensive than TCL's Mini LED televisions, TCL's Mini LED televisions provide similar picture quality at a substantially lower price. On information and belief, Samsung, as the leading producer of OLED televisions, noticed this difference and grew concerned that the market and consumers would recognize Mini LED televisions as equal to or better than OLED televisions.

76. Given OLED televisions' pricing disadvantage and the increase in TCL's sales, Samsung sought to maintain the market for its higher-priced OLED televisions while at the same time both devaluing Mini LED technology in the marketplace and diverting TCL's Mini LED sales to it, increasing its share of the

Mini LED market. In order to achieve this goal, Samsung recycled its old entry-level televisions—the Crystal UHD line—and then deceptively advertised them as Samsung's "Mini LED" televisions even though the M Models do not have any of the technical features of Mini LED televisions, including actual mini LEDs and local dimming. To deceive consumers into purchasing these imposter Mini LED televisions, maintain the market for its higher-priced OLED televisions, and divert sales away from TCL's Mini LED televisions, Samsung sold and continues to sell its falsely-labeled M Model televisions at substantially discounted prices. Samsung's purposes are clear: to maintain its market of high priced OLEDs and deceive consumers into believing they are purchasing a Samsung-branded Mini LED television employing the same or superior Mini LED technology as its competitors, at a cheaper price point. In reality, consumers are purchasing a carbon copy of Samsung's entry-level Crystal UHD Models that employ basic technology and do not contain "Mini LED" technology.

77. Samsung's consumers are confused by Samsung's Product Representations. For example, a Samsung community online discussion board evidences the confusion in response to a community member posing the question, "How is the Mini LED M80H lit?"[16]

> SashaOz: "Hey all, for a while I've been trying to find out, how are the new Mini LEDs are lit? **As far as I know, it's not FALD**. […]"
>
> celan_: "It's a bottom of the barrel edge-lit tv"
>
> arianwen27: "Edge lit and micro led are separate technologies. Micro led is a high end tech where edge lit is a budget way of making a panel"
>
> [. . . .]

[16] https://eu.community.samsung.com/t5/tv/how-is-the-mini-led-m80h-lit/td-p/14682399

SashaOz: "Thank you, as far as I got it, M80H dimmes not the LEDs but the liquid crystals to imitate the FALD functioning in more expensive models, right?"

celan_: "MINI LED is VERY different than MICRO LED, MINI LED is just a type of backlight for LCD, MICRO LED is a completely different (and extremely expensive) technology

anyway **QN70F, QN70H, M70H and M80H are all edge lit TVs being deceptively marketed as mini LED"**

arianwen27: "Thanks for the correction. I completely missed the wording difference. **Yeah I can see how that's a problem now with how it's described...**"

78. The community members in this online discussion demonstrate an understanding of the expected relationship between Mini LED televisions and FALD, the difference between Mini LED backlight technology and edge lit technology, and the deceptive nature of Samsung's advertising of its M Models as Mini LED televisions.

79. Consumer statements on several other message boards further demonstrate customer confusion caused by Samsung's marketing of the M Model televisions as "Mini LED." For example, in a recent Reddit post titled "Bought a Samsung 55M70H [M Model] for 'Mini LED' TV…but I don't see any difference," a customer wonders if one of Samsung's M Model Mini LED televisions (55M70H)

is "missing the features that people usually associate with Mini LED (like local dimming)."[17]

> r/4kTV • 3mo ago
> Firm-Inspector-3298
>
> **Bought a Samsung 55M70H for "Mini LED" TV... but I don't see any difference.**
>
> I recently bought the Samsung 55M70H because it was advertised as a "Mini LED" TV, and from what I understood, that should mean better contrast, deeper blacks, and a more noticeable HDR effect.
>
> But after using it for a few days, I honestly can't see any of that.
>
> - Dark scenes still look kind of gray instead of deep black
> - Bright highlights don't really "pop"
> - The overall picture looks very similar to a regular LED TV I had before
>
> I even tried watching some HDR content, but it didn't look much different from normal content.
>
> What confuses me is that Samsung mentions things like "Mini LED Dimming" and improved contrast, which made me expect a visible difference — but in real use, I just don't see it.
>
> So I'm wondering:
>
> Is this 55M70H model missing the features that people usually associate with Mini LED (like local dimming)?
>
> I'm not trying to hate on the TV — just trying to understand if my expectations were wrong, or if the marketing is a bit misleading for average consumers like me.

80. In another Reddit post titled "Is my Samsung TV faulty?", a Samsung customer criticizes Samsung's decision to "trick consumers" by falsely marketing the M Models as "Mini LED" while characterizing the dimming as "software dimming":

> "Samsung this year released the M80H which is a Direct LED with no local dimming, but "software dimming" to mimic MiniLED dimming. It doesn't work at all, it's still the same as any other Direct LED but now is marketed to

[17] https://www.reddit.com/r/4kTV/comments/1sj32oi/bought_a_samsung_55m70h_for_mini_led_tv_but_i/.

trick consumers that don't know any better."[18]

81. Other examples of consumer confusion discussed in message boards include:

Thread Title: **Did Samsung just make a fake MiniLED TV with the M80H?**[19]

> Isn't the whole point of MiniLED supposed to be better backlight control, more precise dimming zones, and stronger HDR? But RTINGS shows the M80H has no Local Dimming.
>
> So what exactly is MiniLED doing here?
>
> . . .
>
> At that point, is this really a MiniLED TV in any meaningful way, or is Samsung just using the MiniLED label because it sounds better on the box?
>
> From a buyer's perspective this feels misleading. I was considering it before, but now I'm definitely looking at other brands. Feel free to rec me some better options.

Thread Title: **Is the Samsung M80H still MiniLED if it has no local dimming?**[20]

> I was looking into the Samsung M80H because I thought it was supposed to be a MiniLED TV, but the RTINGS review has me confused.
>
> In their lighting zone transition test, it shows:
>
> Local Dimming: No
>
> Backlight: Direct
>
> Dimming Zone Count: N/A
>
> So what exactly is the "MiniLED" part doing here? I always thought the whole point of MiniLED was having a lot of small backlight zones with local dimming, so you get better control over dark scenes, highlights, and blooming.

[18] https://www.reddit.com/r/4kTV/comments/1ty8xsc/is_my_samsung_tv_faulty/

[19] https://www.reddit.com/r/AskTechnology/comments/1tyawaa/did_samsung_just_make_a_fake_miniled_tv_with_the/

[20] https://www.reddit.com/r/hometheater/comments/1txipja/is_the_samsung_m80h_still_miniled_if_it_has_no/

> But if there is no local dimming at all, doesn't that make it way closer to a basic direct-lit TV? The review also says the black levels are disappointing because of the complete lack of local dimming, and the brightness score is only 5.3, so it doesn't even seem to get the usual MiniLED benefits.
>
> Maybe I'm misunderstanding how Samsung is using the term here, but this feels really misleading. Is this just marketing, or is there some technical explanation I'm missing?

### E. <u>Samsung's False Advertising Harmed TCL</u>

82. As a result of Samsung's false and deceptive advertisement of its televisions as genuine Mini LED televisions with FALD, many consumers who sought the higher quality picture associated with Mini LED televisions were misled into purchasing Samsung's mock Mini LED televisions without local dimming and FALD. These consumers were dissatisfied with a lower picture quality than expected.

83. Samsung's false and misleading advertising of its mock "Mini LED" televisions diverts sales away from TCL, which substantially harms the sales of TCL's genuine Mini LED televisions, negatively impacting TCL's revenues and profits.

84. In 2023, when TCL introduced its QM line of Mini LED televisions, Samsung dominated Mini LED television sales in the United States. Samsung's market share was over 55% of all Mini LED televisions sold that year. In 2024, Samsung's Mini LED sales decreased year-over-year, while TCL and other manufacturers increased their Mini LED sales with more competitively priced products. Samsung's market share in the United States decreased approximately 14%, to just over 41%. Beginning in 2025, for the first time, TCL sold more Mini LED television units than Samsung, and also for the first time, surpassed Samsung in U.S. market share. Samsung's market share decreased by another 10%, while TCL's market share more than doubled, increasing from 13.2% in 2024 to 32.7% in 2025. TCL's product lineup expanded and its technology improved throughout this period, from the QM850 series in 2023, to the QM851 and QM751 series in 2024,

and the QM8K, QM7K, and QM6K series in 2025. These evolutions significantly enhanced TCL's competitiveness in the marketplace.

85. Samsung's plummeting market share resulted from its lack of a competitive product line. From 2023 to 2025, Samsung saw its U.S. market share of Mini LED television sales plunge from 55.6% to 31.1%; at the same time, TCL's market share nearly tripled from 11.1% to 32.7%.




In 2026, Samsung attempted to counter and reverse these devastating market losses. But Samsung could not compete with TCL's technology and prices. It therefore resorted to the short-cut of deception. Rather than developing a genuine Mini LED line that could compete in the marketplace, Samsung simply repurposed its existing non-Mini LED television and falsely dubbed it the M Model "Mini LED." Through this duplicity, Samsung was able to price the sham M Model "Mini LED" at 25% below TCL's lowest-priced Mini LED model. Samsung furthered this ruse through false labeling, false advertising, and deceptive product descriptions to undercut TCL's genuine products. The result has been a substantial increase in the sales of Samsung's sham Mini LEDs, at the direct expense of TCL's genuine Mini LED

products.

86. The sales data available for 2026 shows that Samsung's illegal conduct has, in fact, misled purchasers, and improperly diverted sales from TCL's genuine Mini LED televisions. In the first 12 weeks of 2026, Samsung's sales of Mini LED televisions ranged from approximately 5,895 to 11,169 units per week, for an average of 8,138 unit sales per week. During the same period, TCL's sales ranged from approximately 10,160 to 24,219 units per week, for an average of 14,383 unit sales per week—consistently outperforming Samsung on a weekly basis. The data metrics dramatically shifted after Samsung introduced its falsely-labeled M Model televisions in late March. Samsung's sales swiftly skyrocketed to an average of approximately 25,034 units per week from April to July—an astonishing three-fold increase nearly overnight. Meanwhile, TCL's average weekly sales remained largely level at around 14,942 units during that same period. By this point, Samsung's sales of its sham M Model quickly grew to approximately 60% of its total Mini LED sales after only a few months on the market. At the same time, Samsung has lowered the average sales price of its "Mini LED" televisions by a shocking 49%.




87. Samsung's knowingly false advertising of its M Model televisions as Mini LED televisions was done with the conscious objective of injuring competition in the Mini LED market and competitors like TCL. These anticompetitive actions, which seek to harm and displace TCL as a competitor in the market, violate the

California's Unfair Competition Law. Samsung's unlawful conduct includes falsely advertising the quality and technology contained in its products and falsely representing that Samsung's product is of the same character, capability and technology as TCL's products.

88. Samsung intentionally and irreparably harms competition by branding its non-Mini LED televisions as "Mini LED" televisions, which deceptively circumvents the complexity and costs of developing and manufacturing genuine Mini LED technology. This diverts customers and sales from competitors' honestly-promoted products to Samsung's falsely advertised products. Samsung's exploitation of its brand name leverage to sell sham Mini LED televisions denigrates Mini LED technology in the marketplace and irreparably damages the goodwill associated with TCL's genuine products.

## CLAIMS FOR RELIEF

## <u>COUNT I</u>

## VIOLATION OF SECTION 43(A) OF THE LANHAM ACT 15 U.S.C. § 1125(A)

89. TCL repeats and reasserts each of the preceding allegations as if fully set forth herein.

90. Throughout the relevant period, Samsung, in the course of promoting, marketing, advertising, labeling, packaging, distributing, offering for sale, and selling its television products in the United States, has made and continues to make false and misleading statements of fact regarding the nature, characteristics, qualities, capabilities, and technological features of its M Model televisions.

91. Samsung's false and misleading statements lead consumers, retailers, distributors, industry participants, and reviewers to believe that all Samsung televisions advertised as "Mini LED" televisions include Mini LED technology, including FALD and other related technology, when they do not.

92. Those representations are false and misleading because the M Model

televisions advertised and sold as "Mini LED" technology do not, in fact, possess the technological characteristics, performance capabilities, or functionality reasonably understood by consumers and industry participants to be associated with true "Mini LED" televisions. Rather, Samsung's M Model televisions are identical to its existing lower level non FALD Crystal UHD televisions it had previously marketed and sold, and which have never been promoted as containing Mini LED technology. Samsung simply recycled its previous models, and intentionally decided to falsely re-label them as "Mini LED."

93. Samsung's imposter Mini LED televisions, including at least the M70H, M80H and M90H, do not incorporate Mini LED functionality that consumers and industry participants associate with and expect from televisions marketed as "Mini LED", including FALD technology.

94. Samsung's own statements confirm the reasonableness of the belief of consumers, industry participants and others that the Samsung Mini LED televisions employ FALD technology. For example, on its own website providing consumers with a comparison of Mini LED to QLED, under a section entitled "What is Mini LED," Samsung unequivocally states:

> **Mini LED is an advanced backlighting display technology that uses tiny LEDs, smaller than standard ones, for more precise backlight control through local dimming zones—a technique where backlight zones are controlled independently.** This helps achieve better image quality, high contrast and enhanced picture quality, especially noticeable with HDR content.[21]

95. In a separate section on Samsung's website, Samsung answers the question "Which TV offers better contrast, Mini LED or QLED?" by stating:

> "**Mini LED technology in Samsung Neo QLED TVs provides better contrast ratios due to its ability to control local dimming zones more precisely**. This results in deeper blacks compared to QLED, which uses a standard

[21] https://www.samsung.com/us/tvs/tv-buying-guide/mini-led-vs-qled/.

LED backlight."[22]

96. Samsung's statements such as these are deceptive. On information and belief, consumers, industry participants and others understood these statements to confirm that they and Samsung have the same understanding of the meaning of "Mini LED" televisions, and that if Samsung represents that a television is Mini LED, it must mean that television includes FALD technology.

97. Samsung's deliberate intention to mislead the public is further demonstrated by its decision to classify and advertise its imposter Mini LED televisions as having "Supreme Mini LED Dimming." Other Samsung televisions that actually include FALD technology are also identified as having "Supreme Mini LED Dimming," further deceiving consumers and others into thinking that the false Mini LED televisions also include FALD technology.

98. Samsung makes, publishes, approves, authorizes, and disseminates these false and misleading representations through numerous channels of commercial advertising and promotion, including, without limitation, product packaging, product labels, point-of-sale materials, retailer displays, product specification sheets, online marketing materials, product webpages, social media content, video advertisements, print advertisements, promotional literature, press materials, and other forms of commercial communication directed toward consumers and the marketplace.

99. Upon information and belief, Samsung further directs, encourages, authorizes, permits, or otherwise causes its distributors and retailers to display its M Model televisions with marketing materials describing its televisions as including "Mini LED" technology.

100. Samsung's repeated false and misleading statements describing its M Model televisions as including "Mini LED" display technology deceive and/or has

---

[22] *Id.*

the capacity to deceive a substantial segment of potential consumers because they lead consumers to reasonably believe that Samsung televisions labeled "Mini LED" in fact feature FALD display technology that make darks and lights appear more vivid and have a picture quality that is superior to televisions without "Mini LED" technology.

101. Samsung's misleading statements regarding its imposter M Model "Mini LED" televisions are material to consumers purchasing decision because contrast ratio, dynamic range and picture quality influence consumers' television purchasing decisions. In making their purchasing decision, Consumers reasonably interpret Samsung's false and misleading statements to mean that Samsung's M Model "Mini LED" televisions containing "Supreme Mini LED Dimming" have local dimming technology that makes darks and lights appear more vivid resulting in picture quality that is superior than televisions without "Mini LED" technology.

102. Samsung's M Model advertisements containing the false and misleading phrases "Mini LED" and "Supreme Mini LED Dimming" were distributed in interstate commerce.

103. Samsung's false and misleading statements that its M Model televisions contain "Mini LED" and "Supreme Mini LED Dimming" technology has harmed TCL and continues to present a likelihood of future injury to TCL.

104. As a direct result of Samsung's false and misleading statements describing its M Model televisions as having "Mini LED" and "Supreme Mini LED Dimming" technology, TCL has suffered and continues to suffer a direct diversion of customers and sales and damage to TCL's goodwill. Samsung's diversion of sales from TCL is of the kind that falls within the zone of interest protected by the Lanham Act because it constitutes an injury to TCL's commercial interest in maintaining its reputation as one of the leading producers in the "Mini LED" television market. Moreover, Samsung's false and misleading statements cause consumers seeking to purchase a television with "Mini LED" and local dimming technology to purchase

Samsung's televisions instead of TCL's Mini LED televisions and denigrate the FALD technology employed in TCL's MINI LED televisions.

105. TCL's sales diversion injury is traceable to and flows directly from Samsung's dissemination of false and misleading statements describing its televisions as "Mini LEDs" and is irreparable at least because customer reviews, blogs, and technology comparison websites show that consumer understanding of "Mini LED" technology directly influences consumers to purchase the television which boasts "Mini LED" technology in comparison to all other competitors that do not include that term in its marketing materials.

106. TCL's injury of diversion of sales is likely to be redressed by a favorable decision granting injunctive and monetary relief. Injunctive relief stopping Samsung from marketing and selling its M Model televisions as containing "Mini LED" and "Supreme Mini LED Dimming" technology will allow TCL to attempt to limit the loss of additional future customers and sales that may be illegally diverted to Samsung. Monetary damages are necessary to the extent that an injunction is insufficient to immediately cease the illegal diversion, and to compensate for the past illegal diversion of sales.

## COUNT II

## VIOLATION OF CALIFORNIA'S FALSE ADVERTISING LAW

### Cal. Bus. & Prof. Code, § 17500

### (False Advertising)

107. TCL repeats and reasserts each of the preceding allegations as if fully set forth herein.

108. Samsung's deceptive conduct detailed above constitutes its attempt to harm TCL as a competitor in the Mini LED television market in the State of California.

109. Samsung's false and misleading advertising of its M Model televisions as "Mini LED" televisions constitutes unlawful, unfair, and fraudulent business acts.

110. Samsung falsely represents to its consumers and the public that Samsung's M Model televisions incorporate or feature "Mini LED" display technology.

111. Samsung's website misleads consumers into believing that Samsung understands that televisions described as "Mini LED" necessarily include FALD and local dimming. Under a section entitled "What is Mini LED," Samsung unequivocally states:

> **Mini LED is an advanced backlighting display technology that uses tiny LEDs, smaller than standard ones, for more precise backlight control through local dimming zones—a technique where backlight zones are controlled independently**. This helps achieve better image quality, high contrast and enhanced picture quality, especially noticeable with HDR content.[23]

112. In answering "Which TV offers better contrast, Mini LED or QLED?" on its website, Samsung further states:

> **Mini LED technology in Samsung Neo QLED TVs provides better contrast ratios due to its ability to control local dimming zones more precisely**. This results in deeper blacks compared to QLED, which uses a standard LED backlight.[24]

113. These statements are deceptive. On information and belief, consumers, industry participants and others understood these statements to collectively confirm that they and Samsung have the same understanding of the meaning of "Mini LED" televisions, and that if Samsung represents that a television is Mini LED, it must mean that television includes FALD technology.

114. Samsung's statements are false and misleading because the M Model televisions advertised and sold as "Mini LED" technology did not, in fact, possess the technological characteristics, performance capabilities, or functionality

---

[23] https://www.samsung.com/us/tvs/tv-buying-guide/mini-led-vs-qled/.

[24] *Id.*

reasonably understood by consumers and industry participants to be associated with genuine "Mini LED" televisions. Contrary to Samsung's false and misleading statements, Samsung's M Model "Mini LED" televisions do not contain FALD technology and do not provide consumers with supreme display quality. Rather, Samsung has simply falsely relabeled its existing entry-level non-Mini LED television model, the Crystal UHD series, as containing "Mini LED" and "Supreme Mini LED Dimming" technologies despite those televisions having never been promoted or sold as containing those technologies previously.

115. As an industry participant, and as evidenced by Samsung's own statements on its website, Samsung is aware of the advancements in television technology and that Mini LED televisions obtain high quality picture displays through FALD, which requires the grouping of LEDs that are arrayed across the back panel into independently-controlled zones and dimming each zone independently.

116. In addition, Samsung falsely markets and advertises its M Model "Mini LED" televisions as having "Supreme Mini LED Dimming" that is comparable or superior to genuine Mini LED televisions with FALD. Samsung, however, knew, or should have known, that advertising its M Model televisions as having "Mini LED" capabilities that are "Supreme" compared to genuine Mini LED FALD technology, is false or misleading.

117. Consumers and members of the public are both likely and actually deceived by Samsung's false and misleading advertising. Samsung's advertising falsely misleads consumers and members of the public that Samsung's M Model televisions are "Mini LED" even though the televisions do not contain Mini LED technology. Online posts regarding Samsung's M Model televisions show that consumers believe that "Mini LED" is associated with FALD and the expected improved picture quality. Thus, by stating that its televisions are "Mini LED," Samsung effectively deceives consumers into purchasing an imposter "Mini LED"

television with no Mini LED picture qualities.

118. As a result of Samsung's false and misleading statements, TCL's sales were diverted to Samsung. Samsung's false and misleading statements deceived consumers into purchasing Samsung's imposter "Mini LED" televisions, directly harming TCL and other competitors in the marketplace.

**COUNT III**

**VIOLATION OF CALIFORNIA'S UNFAIR COMPETITION LAW (UCL)**

**Cal. Bus. & Prof. Code, § 17200 et seq.**

**(Unlawful, Unfair, or Fraudulent Business Acts)**

119. TCL repeats and reasserts each of the preceding allegations as if fully set forth herein.

120. Samsung's false and misleading advertising is an unlawful practice or business act under Section 43(A) of the Lanham Act, 15 U.S.C. § 1125(A) and California's False Advertising Law. "Mini LED" technology is known by both the industry and consumers to include FALD capabilities that provide enhanced contrast and picture quality. Samsung falsely advertises that it understands Mini LED televisions to mean televisions with FALD technology and that its Mini LED televisions have FALD or are superior to FALD. Instead, all of the LEDs on the back panel of Samsung's M Model televisions are controlled as a single group and dimmed and brightened together in unison. Samsung's M Model televisions are simply recycled versions of its Crystal UHD model televisions that do not have Mini LED technology. Thus, Samsung's M Model "Mini LED" televisions are no more than a rebranding of Samsung's older, non-Mini LED technology, and statements that Samsung's M70H, M80H, and M90H are "Mini LED" are false. Samsung's statements mislead consumers into believing that Samsung's M Model televisions have Mini LED technology, and consumers purchase Samsung's M Model televisions, causing a loss of sales to competitors like TCL.

121. Samsung's false and misleading advertising is also an unfair business

act or practice. California has a strong public policy to protect consumers from unfair and deceptive practices. Samsung violates this public policy by deceptively indicating on its website that Samsung understands Mini LED to include or have technology that includes or is superior to FALD technology and then falsely advertises its M Model televisions as "Mini LED," which deceives consumers into believing that Samsung's M Model televisions have FALD capabilities and, therefore, higher contrast and improved picture qualities. As demonstrated by online comments, consumers are genuinely confused by Samsung's false statements and consider Mini LED technology when making purchasing decisions. By falsely advertising its M Model televisions as "Mini LED," Samsung deceives consumers into making purchases based on false information.

122. The effect of Samsung's unfair business practices causes competitors to lose business and inhibits entry into the Mini LED market. Since the introduction of Samsung's falsely-labeled M Model televisions in May 2026, Samsung's sales of Mini LED televisions have more than doubled and Samsung has overtaken all competitors in the Mini LED market in California and the United States. Between January 2026 and April 2026, Samsung averaged approximately 5,800 unit sales per week of Mini LED televisions, while TCL averaged approximately 6,900 unit sales per week during the same time period. Between May 2026 and July 2026, after the introduction of its falsely-labeled M series televisions, Samsung's sales of Mini LED televisions increased dramatically, averaging 11,650 unit sales per week, with a peak of over 23,000 unit sales in the second week of July. Meanwhile, TCL's Mini LED sales have averaged during the same time period approximately 7,400 weekly unit sales, with a peak of over 13,000 unit sales in the second week of July. During this period of dramatically increased sales by Samsung since May 2026, its falsely-labeled M series of televisions have overtaken all other Mini LED Samsung television models, and have grown to approximately 60% of Samsung's total sales of Mini LED televisions in California and the United States. During that same time

period, Samsung has decreased the price of its falsely-labeled M series televisions by a shocking 32%. Samsung's introduction of falsely-labeled Mini LED televisions have resulted in Samsung dramatically outselling TCL since May 2026—despite never outselling TCL on a weekly basis between January 2026 and April 2026, before the introduction of the M Model series.

123. Samsung's diversion of sales from TCL's products to Samsung's products constitutes an injurious effect on competition in the market and constitutes proof that Samsung utilizes false advertising with the unlawful purpose or desire to destroy competition.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff seeks the following relief:

a. Preliminary and permanent injunction barring Samsung and its officers, agents, employees, and all persons acting in concert or participation with from engaging in the unlawful conduct described above, including barring Samsung from:

    i. Falsely advertising its M Model televisions as "Mini LED" or having the same character, capability, and technology as TCL's Mini LED products;

    ii. Falsely advertising its M Model televisions as having "Supreme Mini LED Dimming";

    iii. Directing, encouraging, authorizing, permitting, or otherwise causing its distributors and retailers to display Samsung's televisions with marketing materials describing its M Model televisions as including "Mini LED" technology.

b. That Samsung file, within ten (10) days from entry of an injunction, a declaration with this Court, signed under penalty of perjury, certifying

the manner in which Samsung has complied with the terms of the injunction;

c. Judgment in favor of TCL and against Samsung on all claims;

d. An order finding that, by the acts complained of herein, Samsung has engaged in false advertising and unfair competition in violation of 15 U.S.C. §§ 1125(a)(1)(B);

e. An order finding that, by the acts complained of herein, Samsung engaged in false and misleading advertising in violation of California Business & Professions Code § 17500;

f. An order finding that, by the acts complained of herein, Samsung has engaged in unfair competition and acts of unfair and deceptive business practices in violation of California Business & Professions Code § 17200;

g. An order that Samsung must pay and provide for appropriate corrective advertisements regarding Samsung's Model M televisions;

h. An order requiring Samsung to account for and pay to TCL any and all profits arising from the foregoing acts of deceptive advertising and business practices pursuant to 15 U.S.C. § 1117, and other applicable laws;

i. An order requiring Samsung to pay to TCL any and all lost profits that TCL sustained as a result of Samsung's foregoing acts of deceptive advertising and business practices pursuant to 15 U.S.C. § 1117 and other applicable laws;

j. An order requiring Samsung to pay TCL compensatory damages in an amount as yet undetermined caused by the false or misleading advertising and business practices and trebling such compensatory damages for payment to TCL in accordance with 15 U.S.C. § 1117, and other applicable laws;

k. An order requiring Samsung to pay TCL restitution in the amount taken or obtained by means of Samsung's unfair business practices;

l. Reasonable costs and expenses incurred in this action, including attorneys' fees and costs of the suit;

m. Pre-judgment interest on all such damages, monetary, or otherwise; and

n. All other relief, legal or injunctive, as this Court finds appropriate.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury on all triable issues.

Dated: August 31, 2026 LARSON LLP

By: */s/ R.C. Harlan*

Stephen G. Larson
R.C. Harlan
Paul A. Rigali
John S. Lee
Robert F. Ruyak (*Pro Hac Vice* Application Forthcoming)
S. Gregory Herrman (*Pro Hac Vice* Application Forthcoming)

Attorneys for Plaintiff
TTE TECHNOLOGY, INC. DBA
TCL NORTH AMERICA